**Motion Granted; Abatement Order filed March 21, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00913-CV
_____

**LEON THOMAS, Appellant**

**V.**

**CHANDRA JONES, Appellee**

**On Appeal from the 58th District Court
Jefferson County, Texas
Trial Court Cause No. A-189,572-A**

## ABATEMENT ORDER

This is an appeal from a partial summary judgment granted in favor of Chandra Jones, which was made final by an order of severance. Jones sued appellant for personal injuries after an automobile accident. On March 15, 2013, appellant filed a motion to stay this appeal, accompanied by a notice of automatic stay. According to the motion and notice, Santa Fe Auto Insurance Company, appellant's insurer, has been placed into receivership by the State of Texas, pursuant to chapter 443 of the Texas Insurance Code. Section 443.008(d) of the

Texas Insurance Code provides for a stay of all judicial proceedings against any insured for a period of no less than 90 days after the receivership order. *See* Tex. Ins. Code § 443.008(d).

Accordingly, we **GRANT** appellant's motion to stay this appeal. The appeal is **ABATED** for no less than ninety days from March 8, 2013, the date of the receivership order, until **June 6, 2013**, or such further time as ordered by the receivership court.

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until at least June 6, 2013, or until further order of this court. Unless the parties advise this court that the stay has been extended by the receivership court, the appeal will be reinstated after the 90-day stay period has expired.

PER CURIAM